Donald B. HEQUEMBOURG,
Petitioner/Appellant,

v.

Sharon L. HEQUEMBOURG,
Respondent.

No. ED 83555.

Missouri Court of Appeals,
Eastern District,
Division Three.

Nov. 30, 2004.

Donald E. Heck, St. Louis, MO, for appellant.

Patricia K. Susi, Clayton, MO, for respondent.

Before CLIFFORD H. AHRENS, P.J., WILLIAM H. CRANDALL, JR., J., KATHIANNE KNAUP CRANE, J.

### ORDER

PER CURIAM.

Donald Hequembourg appeals from the judgment entered by the trial court ordering him to pay Sharon Hequembourg $9797.82 in unpaid child support. We affirm.

We have reviewed Mr. Hequembourg's brief[1] and the record on appeal and find no error. No jurisprudential purpose would be served by a written opinion. The parties, however, have been furnished with a memorandum for their information only,

---

1. Ms. Hequembourg did not file a brief in response.

setting forth the reasons for this order. The judgment is affirmed. Rule 84.16(b).

